# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 17, 2020

160614

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JONATHAN DEWIG HICKERSON,
      Defendant-Appellant.

_____/

SC: 160614
COA: 322891
Oakland CC: 2013-244355-FC

On order of the Chief Justice, the Oakland Circuit Court is directed to appoint the State Appellate Defender Office to represent the defendant in the proceedings before this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 17, 2020



Clerk